Name: Mark Mahon
Address: Mariners Rest, Mariners View Avenue, Passage West, Cork, Ireland
Phone Number: +353 87 742 4444
E-mail Address: movieman1000@live.com
Pro Se

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mark Mahon, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Entertainment One US LP et al. and DOES 1-15,<br><br>Defendant. | Case Number: 4:20-cv-01527 KAW<br><br>[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: March 6, 2020

IT IS SO ORDERED
*Kandis Westmore*
Judge Kandis Westmore

United States District/Magistrate Judge