UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MAHON,<br><br>            Plaintiffs,<br><br>     v.<br><br>ENTERTAINMENT ONE US LP, et al.,<br><br>            Defendants. | Case No.: 20-cv-01527-KAW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1)   I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2)   On 3/6/2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Mark  Mahon
Mariners Rest
Mariners View Avenue
Passage West, Cork, IRELAND

Dated: 3/6/2020

Susan Y. Soong
Clerk, United States District Court

By:_____
Doug Merry, Deputy Clerk to
the Honorable Kandis A. Westmore

*Service_Certificate _CRD*
*rev. August 2018*