|   |   |   |
|---|---|---|
| 1 | Mark Mahon | |
| 2 | Mariners Rest, | |
|   | Mariners View Avenue, | |
| 3 | Passage West, | |
| 4 | Cork, | |
|   | Ireland | |
| 5 | Tel: + 353 87 742 4444 | |
| 6 | Email: movieman1000@live.com | |
| 7 | *Pro Se* | |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| Mark Mahon, an individual, | Case No. 4:20-cv-01527-KAW |
|---|---|
| Plaintiff, | **PROOF OF SERVICE FOR ENTERTAINMENT ONE LICENSING US, INC.;** |
| v. | |
| Entertainment One US LP.; Entertainment One Licensing US, Inc.; Entertainment One Ltd.; E1 Entertainment UK Ltd.; and DOES 1 - 15, | |
| Defendants. | |
|   | Hon. Kandis A. Westmore, Magistrate Judge |

Civil Action No. 4:20-cv-01527-KAW

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* Entertainment One Licensing US, Inc.
was received by me on *(date)* 03/04/2020

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Joseph Sparacio , who is
designated by law to accept service of process on behalf of *(name of organization)* Entertainment One Licensing
2700 Pennsylvania Ave, S 1000, Santa Monica, CA 90404 on *(date)* 03/04/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Consent to Magistrate Judge Jurisdiction and Summons, issued by Clerk of Court sent via FedEx, tracking no. 390857450838. FedEx Receipt also attached and proof of delivery for 390857450838 on Mar 5, 2020 at 13:16 too.

My fees are $ 0.00 for travel and $ 14.75 for services, for a total of $ 14.75 .

I declare under penalty of perjury that this information is true.

Date: 03/16/2020

*Server's signature*

Paul Roberts
*Printed name and title*

17179 Palisades Circle,
Pacific Palisades,
CA 90272
*Server's address*

Additional information regarding attempted service, etc:



Address: 1006 WILSHIRE BLVD
SANTA MONICA
CA 90401
Location: CIBKK
Device ID: -BTC01
Transaction: 940258317038

**FedEx Express Saver**
390857450838   3.3 lbs. (S)   14.75
    Direct Signature Required
    Declared Value   100
Recipient Address:
    ENTERTAINMENT ONE LICENSING US
    JOSEPH SPARACIO
    2700 PENNSYLVANIA AVE STE 1000
    SANTA MONICA, CA 90404-4000
    0000000000

Scheduled Delivery Date 3/9/2020

Pricing option:
    ONE RATE

Package Information:
    FedEx Small Box

| | | |
|---|---|---|
| Shipment subtotal: | | $14.75 |
| Total Due: | | $14.75 |
| (S) CreditCard: | | $14.75 |
| ***********6860 | | |

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Terms and Conditions apply. See
fedex.com/us/service-guide for details.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

Mar 04, 2020 11:37:25 AM

********* WE LISTEN *********
Tell us how we're doing



March 09, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 390857450838

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | B.BRIAN | **Delivery Location:** | |
| **Service type:** | FedEx Express Saver | | SANTA MONICA, CA, |
| **Special Handling:** | Deliver Weekday;<br>Direct Signature Required | **Delivery date:** | Mar 5, 2020 13:16 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 390857450838 | **Ship Date:** | Mar 4, 2020 |
| | | **Weight:** | 4.0 LB/1.82 KG |

**Recipient:**

SANTA MONICA, CA, US,

**Shipper:**

PACIFIC PALISADES, CA, US,

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx



390857450838

# Delivered
## Thursday 3/05/2020 at 1:16 pm

**DELIVERED**

Signed for by: B.BRIAN

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| PACIFIC PALISADES, CA US | SANTA MONICA, CA US |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 390857450838 | FedEx Express Saver | 4 lbs / 1.81 kgs |

| SIGNATURE SERVICES | DELIVERED TO | TOTAL PIECES |
|---|---|---|
| Direct signature required | Receptionist/Front Desk | 1 |

| TOTAL SHIPMENT WEIGHT | TERMS | PACKAGING |
|---|---|---|
| 4 lbs / 1.81 kgs | Shipper | FedEx Small Box |

| SPECIAL HANDLING SECTION | STANDARD TRANSIT | SHIP DATE |
|---|---|---|
| Deliver Weekday, Direct Signature Required | 3/09/2020 by 4:30 pm | Wed 3/04/2020 |

**ACTUAL DELIVERY**
Thu 3/05/2020 1:16 pm

## Travel History

Local Scan Time

**Thursday , 3/05/2020**

| 1:16 pm | SANTA MONICA, CA | Delivered |
| 7:33 am | MARINA DEL REY, CA | On FedEx vehicle for delivery |
| 7:27 am | MARINA DEL REY, CA | At local FedEx facility |

**Wednesday , 3/04/2020**

| 8:19 pm | LOS ANGELES, CA | At destination sort facility |

| | | | |
|---|---|---|---|
| 8:00 pm | MARINA DEL REY, CA | Left FedEx origin facility | |
| 2:43 pm | MARINA DEL REY, CA | Picked up | |
| 1:37 pm | | Shipment information sent to FedEx | |
| 11:37 am | SANTA MONICA, CA | Picked up | |
| | | Tendered at FedEx Office | |

## Request Proof of Delivery ✕

For detailed proof of delivery, enter the 9-digit shipper or payer FedEx account number associated with this shipment.

| TRACKING NO. OR NICKNAME | DESTINATION | SIGNATURE IMAGE | ACCOUNT NUMBER |
|---|---|---|---|
| 390857450838 | SANTA MONICA, CA | Yes | ACCOUNT NUMBER |

View/print letter ⌄

**SUBMIT**