# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Mahon, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Entertainment One US LP.; Entertainment One Licensing US, Inc.; Entertainment One Ltd.; E1 Entertainment UK Ltd.; and DOES 1 - 15,<br><br>　　　　Defendants. | Case No.  4:20-cv-01527-KAW<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br>Hon. Kandis A. Westmore, Magistrate Judge |

I, Iulia Iacob, am over the age of 18 and am resident in the County of Cork, Ireland. My address is 8 Mercier Park, Curragh Road, Turners Cross, Cork, Ireland.

　　On March 20, 2020, I SERVED a true and correct (4) copy(ies) of the MOTION TO AUGMENT PLAINTIFF'S EXHIBITS ATTACHED TO COMPLAINT WITH DECLARATION OF MARK MAHON; DECLARATION OF MARK MAHON; EXHIBIT, by placing said (4) copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the mail by certified post with proof of postage attached.

Richard Orozco
Registered Agent Solutions, Inc.
1220 S Street, Suite 150,
Sacramento,
CA 95811

Dated: 03/20/2020

By:_____
　　Iulia Iacob

# CERTIFICATE OF POSTING
## DÉIMHNIÚ POSTÁLA


An Post

Please attach transaction receipt where available/Ceangail admháil an idirbhirt, má tá sé ar fáil.

**1** This section to be completed by the customer / Tá an roinn seo le líonadh ag an gcustaiméir

Date/Dáta: 20/3/2020
Time/Am: 17.02
Postage Paid/Postas Íoctha: €

Number (where applicable) / Uimhir (más infheidhme):

To/Chuig: Address/Seoladh:
Richard OROZCO
Registered Agent Solutions
1220 St Suite 150
Sacramento
CA 95811
USA

☐ Letter / Litir
☑ Large Envelope / Clúdach Mór
☐ Packet / Paicéad
☐ Parcel / Beartán

**2** Receipt / Admháil

☐ Stamps/Stampaí Standard Post/Gnáthphost — €
☑ Registered Post/Post Cláraithe — €
☐ Secure Post/Post Slán* — €
☐ Express Post/Luasphost (including Expresspost with signature and insurance*)/ (agus Luasphost le síniú agus le hárachas*) — €
☐ Courierpost/Post Teachtaire — €
☐ Other/Eile — €

Customer reference/Tagairt chustaiméara: IE

*Declared value of item / *Luach dearbhaithe na míre: € 11.35

**3** No legal liability attaches to An Post in respect of this receipt.
Date and office of issue is as shown with this date stamp.

Ní cheanglaítear aon dliteanas dlí le An Post i ndáil leis an admháil seo.
Léiríonn an dátstampa seo an dáta agus an oifig eisiúna.

[Date stamp: DOUGLAS 20 3 20 POST]

Signature/Síniú _____

C25 SI 12/14

---

## An Post
### Retail Receipt

Post Office: 1430        Position: 2
Date: 20-Mar-2020        Time: 17:02:56
------------------------------------------
Trans. Ref. ID              14300207435573
Destination        United States of America
Weight (Flat)                     0.243 kg
RegisteredPost                    11.35 EUR

TRACKING NUMBER RL 781 609 116 IE

No Commercial Value

As there has been no value declared on
this item, a maximum insured value of
25 EUR will be payable in the event of
a successful claim.

PLEASE NOTE that items containing
Cash, Jewellery or other restricted
items to international destinations
are not insured. See www.anpost.com
for full list of restricted items.
------------------------------------------
Total Amount Paid              11.35 EUR
Payment Method                      Cash

Note: Mails Items - Where a TRACKING
NUMBER(S) is shown on this receipt, this
receipt is your proof of posting.

To track an item visit
www.anpost.com and enter
the TRACKING NUMBER listed above.
Item tracking available up to despatch
from Ireland. Further tracking is not
available to every country.

An Post Customer Services
Phone: 01 705 7600
Email: customer.services@anpost.ie
You can also write to us at ...
  An Post Customer Services,
  GPO, O'Connell Street Lower,
  Dublin, D01 F5P2.
Terms & Conditions at your local Post
Office or www.anpost.com