| | |
|---|---|
| 1 | Erin R. Ranahan (SBN 235286) |
|   | eranahan@winston.com |
| 2 | Thomas J. Kearney (SBN 267087) |
|   | tkearney@winston.com |
| 3 | WINSTON & STRAWN LLP |
|   | 101 California Street, 35th Floor |
| 4 | San Francisco, CA  94111-5840 |
|   | Telephone:     (415) 591-1000 |
| 5 | Facsimile:      (415) 591-1400 |

Thomas P. Lane (*pro hac vice* application pending)
tlane@winston.com
WINSTON & STRAWN LLP
200 Park Ave.
New York, NY 10166
Telephone:     (212) 294-6700
Facsimile:      (212) 294-4700

Attorneys for Defendants Entertainment One
US LP; Entertainment One Licensing
US, Inc.; Entertainment One Ltd.; and
E1 Entertainment UK Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MAHON, an individual, | **Case No.   4:20-cv-01527-YGR** |
| Plaintiff | **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ENTERTAINMENT ONE US LP** |
| v. | |
| ENTERTAINMENT ONE US LP; ENTERTAINMENT ONE LICENSING US, INC.; ENTERTAINMENT ONE LTD; E1 ENTERTAINMENT UK LTD., | Judge:   Hon. Saundra Brown Armstrong |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Entertainment One US LP, by its undersigned counsel, certifies that: Entertainment One US LP is wholly owned by Earl Street Capital Inc., which is wholly owned by Entertainment One Holdings USA Inc., which is wholly owned by Entertainment One UK Holdings Limited, which is wholly owned by Hasbro, Inc.

Pursuant to Civil Local Rule 3-15, Entertainment One US LP certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities, excluding the parties to this litigation, (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Earl Street Capital Inc.; Entertainment One Holdings USA Inc.; Entertainment One UK Holdings Limited; Hasbro, Inc.

Dated:  April 30, 2020

Respectfully submitted,

WINSTON & STRAWN LLP

By:  /s/ *Thomas J. Kearney*
Erin R. Ranahan (SBN 235286)
eranahan@winston.com
Thomas J. Kearney (SBN 267087)
tkearney@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

Thomas P. Lane (*pro ha vice* application pending)
tlane@winston.com
WINSTON & STRAWN LLP
200 Park Ave.
New York, NY 10166
Telephone:     (212) 294-6700
Facsimile:      (212) 294-4700

Counsel for Defendants Entertainment One US LP; Entertainment One Licensing US, Inc.; Entertainment One Ltd.; and E1 Entertainment UK Ltd.