IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **MARK MAHON**, <br><br> Plaintiff, <br><br> v. <br><br> **ENTERTAINMENT ONE US LP, ETC.,** <br><br> Defendant. | **ORDER REGARDING MOTION TO DISMISS** <br><br> Case No. 4:20-cv-01527-YGR <br><br> Dkt. No. 56 |

Defendants have filed a motion to dismiss for lack of personal jurisdiction. (Dkt. No. 56.) The motion follows jurisdictional discovery ordered by the Court regarding "(1) whether Entertainment One US LP or another foreign defendant provided copies of the Film to Apple, Google, and YouTube in this District, (2) whether any licensing activity took place in this District, (3) the corporate structure and role in domestic and foreign distribution of the Film by the Entertainment One defendants, and (4) whether Entertainment One US LP acted as an agent of any parent company in providing the Film to Apple, Google, and YouTube. (Dkt. No. 44 at 22.)

In his opposition, Mahon contends that defendants never provided the agreement between "Entertainment One US LP, Google Inc., and Google Ireland Limited" (the "Google Agreement") regarding distribution of the Film. (Dkt. No. 58 at 14:4-7.) To the extent that this is true, and because the agreement is clearly relevant to the pending motion, defendants are **ORDERED** to provide a copy of the Google Agreement no later than December 22, 2020. Defendants shall file a statement confirming that they have provided the agreement, or showing good cause for failure to do so, no later than December 22, 2020. To the extent that the Google Agreement was not provided previously, Mahon may file a supplement brief in opposition to defendants' motion no later than January 19, 2021. Defendants may file a supplemental response within fourteen (14) days of the supplemental brief, if any.

The hearing scheduled for December 29, 2020 is hereby **VACATED**. The Court will reset the hearing date at a later date, if necessary.

**IT IS SO ORDERED.**

Dated: December 10, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**